[No. 12665-0-III.    Division Three.    March 17, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
D. WINN, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas
County, No. 91-1-00160-9, Michael E. Cooper, J., entered
June 29, 1992. *Affirmed in part* and *remanded* by unpub-
lished opinion per Munson, J., concurred in by Thompson,
C.J., and Schultheis, J.

[No. 12460-6-III.    Division Three.    March 17, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. VERONICA
MARIE AYALA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 92-1-00725-3, Robert N. Hackett, Jr., J., entered
May 21, 1992. *Affirmed* by unpublished opinion per Munson,
J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 30381-3-I.    Division One.    March 21, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
R. BROWER, *Appellant*.

Appeal from a judgment of the Superior Court for Island
County, No. 92-8-00006-3, Alan R. Hancock, J., entered
March 16, 1992. *Affirmed* by unpublished opinion per Peke-
lis, J., concurred in by Webster, C.J., and Coleman, J.